IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2006 DEC 19 A 9:43
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Tony Maurice Jackson  #54566
_____  )
Full name and prison number    )
of plaintiff(s)                )
                               )
v.                             )   CIVIL ACTION NO. 1:06CV1116-MEF
                               )   (To be supplied by Clerk of
City of Dothan                 )    U.S. District Court)
_____ )
Dothan Police Department       )
_____ )
Cheif John Powell              )
_____ )
Detective John Crawford        )
_____ )
Officer Sylvia Summers         )
_____ )
Name of person(s) who violated )
your constitutional rights.    )
(List the names of all the     )
persons.)                      )

I.  PREVIOUS LAWSUITS
    A.  Have you begun other lawsuits in state or federal court
        dealing with the same or similar facts involved in this
        action?  YES (  )  NO (X)

    B.  Have you begun other lawsuits in state or federal court
        relating to your imprisonment?  YES (  )  NO (X)

    C.  If your answer to A or B is yes, describe each lawsuit
        in the space below.  (If there is more than one lawsuit,
        describe the additional lawsuits on another piece of
        paper, using the same outline.)

        1.  Parties to this previous lawsuit:

            Plaintiff(s) _____

            _____

            Defendant(s) _____

            _____

        2.  Court (if federal court, name the district; if
            state court, name the county) _____

            _____

3. Docket number _____

4. Name of judge to whom case was assigned _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT <u>Houston County Jail 901 East Main St. Dothan, AL. 36301</u>

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED <u>408 South Saint Andrews St. Apt.#1, #2, #3 Dothan, AL. 36301</u>

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

**NAME** — **ADDRESS**

1. <u>Cheif John Powell  210 N. Saint Andrews St. Dothan, AL. 36301</u>
2. <u>Detective John Crawford  210 N. Saint Andrews St. Dothan, AL. 36301</u>
3. <u>Officer Sylvia Summers  210 N. Saint Andrews St. Dothan, AL. 36301</u>
4. _____
5. _____
6. _____

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED <u>Sept. 23, 2006</u>

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: <u>False Arrest</u>

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

Victims stated to Officers and Detective at Crime Scene that the Plaintiff was not the one responsible for the Crimes which Occured. Plaintiff was arrested and charged anyway.

GROUND TWO: Unlawful Imprisonment

SUPPORTING FACTS: Defendants intentionally set Plaintiffs bond unlawfully excessive due to non cooperation. Other suspects bonds were set ten times lower than that of the Plaintiff, simply because the Plaintiff chose to exercise his fifth amendment right.

GROUND THREE: _____

SUPPORTING FACTS: _____

3

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

Release Plaintiff immediately and award Punitive Damages for Mental Anguish, Emotional Disstress, and also loss of wages and Job due to Incarceration.

_____
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on  12-15-06 .
             (Date)

_____
Signature of plaintiff(s)