IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
_____ DIVISION

RECEIVED
2006 DEC 19  A 9: 43
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Tony Maurice Jackson  )
_____ )
_____ )
_____ )
        Plaintiff(s)  )
                      )
          v.          )
                      )
City of Dothan        )
Dothan Police Department )
Cheif John Powell     )
Detective John Crawford )
Officer Sylvia Summers Defendant(s)  )

1:06CV1116-MEF

## MOTION TO PROCEED *IN FORMA PAUPERIS*

Plaintiff(s) Tony Maurice Jackson

moves this Honorable Court for an order allowing her/him to proceed in this case without prepayment of fees, costs, or security therefor, and for grounds therefor submits the attached sworn affidavit in support of the motion.

_____
Plaintiff(s) signature

AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

__Middle__ District of __Alabama__

RECEIVED
2006 DEC 19 A 9:43

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Plaintiff

V.

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

CASE NUMBER:

Defendant

I, __Tony Maurice Jackson__, declare that I am the (check appropriate box)

☑ petitioner/plaintiff/movant        ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    ☑ Yes    ☐ No    (If "No," go to Part 2)

   If "Yes," state the place of your incarceration __Houston County Jail__

   Are you employed at the institution? __No__    Do you receive any payment from the institution? __No__

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six months'** transactions.

2. Are you currently employed?    ☐ Yes    ☑ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. __9-22-06 Last date of employment $215.00 Last Take-Home wages  9-4-06 thru 9-18-06 Last Pay Period  IHOP 2210 Ross Clark Circle Dothan, AL. 36301__

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment    ☐ Yes    ☑ No
   b. Rent payments, interest or dividends             ☐ Yes    ☑ No
   c. Pensions, annuities or life insurance payments  ☐ Yes    ☑ No
   d. Disability or workers compensation payments     ☐ Yes    ☑ No
   e. Gifts or inheritances                            ☐ Yes    ☑ No
   f. Any other sources                                ☐ Yes    ☑ No

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

4. Do you have **any** cash or checking or savings accounts?    ☑ Yes    ☐ No

   If "Yes," state the total amount.  $ 5.00

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?    ☐ Yes    ☑ No

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

   Lydia Danielle Jackson (Wife) 50% Support
   Jaquavion Keshad Deonte' Jackson (Son) 50% Support
   Tony Maurice Jackson Jr. (Son) 50% Support

I declare under penalty of perjury that the above information is true and correct.

12-15-06                  /s/ James Jackson
_____              _____
   Date                         Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

| State of Alabama<br>Unified Judicial System<br><br>Form C-10<br>Page 1 of 2          Rev. 2/95 | **AFFIDAVIT OF SUBSTANTIAL<br>HARDSHIP AND ORDER** | Case Number |
|---|---|---|

IN THE __District__ COURT OF __Middle__, ALABAMA
(Circuit, District, or Municipal)          (Name of County or Municipality)

STYLE OF CASE: __Tony Maurice Jackson__ v. __Cheif John Powell Detective John Crawfon__
                     Plaintiff(s)                    __City of Dothan, Dothan Police Depart__
                                                     __Officer Sylvia Summers__ Defendant(s)

TYPE OF PROCEEDING: __Civil__ CHARGE(s) (if applicable): _____

☑ CIVIL CASE-- I, because of substantial hardship, am unable to pay the docket fee and service fees in this case. I request that payment of these fees be waived initially and taxed as costs at the conclusion of the case.
☐ CIVIL CASE-- (such as paternity, support, termination of parental rights, dependency) - I am financially unable to hire an attorney and I request that the court appoint one for me.
☐ CRIMINAL CASE-- I am financially unable to hire an attorney and request that the court appoint one for me.
☐ DELINQUENCY/NEED OF SUPERVISION-- I am financially unable to hire an attorney and request that the court appoint one for my child/me.

**AFFIDAVIT**

SECTION I.

1. IDENTIFICATION
   Full name __Tony Maurice Jackson__                                Date of birth __7-30-81__
   Spouse's full name (if married) _____
   Complete home address __1415 Third Ave Dothan, AL. 36301__

   Number of people living in household __3__
   Home telephone number __(334) 792-7211__
   Occupation/Job __Cook__                     Length of employment __8 months__
   Driver's license number __None__            *Social Security Number __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__
   Employer __IHOP__                           Employer's telephone number __(334) 794-1271__
   Employer's address __2210 Ross Clark Circle Dothan, AL. 36301__

2. ASSISTANCE BENEFITS
   Do you or anyone residing in your household receive benefits from any of the following sources? (If so, please check those which apply.)

   ☐ AFDC    ☐ Food Stamps    ☐ SSI    ☐ Medicaid    ☐ Other _____

3. INCOME/EXPENSE STATEMENT

   Monthly Gross Income:
   Monthly Gross Income                                                     $ __500.00__
   Spouse's Monthly Gross Income (unless a marital offense)                 _____
   Other Earnings: Commissions, Bonuses, Interest Income, etc.              _____
   Contributions from Other People Living in Household                      _____
   Unemployment/Workmen's Compensation,
      Social Security, Retirements, etc.                                    _____
   Other Income (be specific) _____                                    _____

   **TOTAL MONTHLY GROSS INCOME**                                           $ __500.00__

   Monthly Expenses:
   A. Living Expenses
      Rent/Mortgage                                                         $ __100.00__
      Total Utilities: Gas, Electricity, Water, etc.                        __50.00__
      Food                                                                  __100.00__
      Clothing                                                              __50.00__
      Health Care/Medical
      Insurance                                                             _____
      Car Payment(s)/Transportation Expenses                                __140.00__
      Loan Payment(s)                                                       _____

*OPTIONAL

| Form C-10  Page 2 of 2  Rev. 2/95 | AFFIDAVIT OF SUBSTANTIAL HARDSHIP AND ORDER |
|---|---|

Monthly Expenses: (cont'd page 1)
  Credit Card Payment(s) _____
  Educational/Employment Expenses _____
  Other Expenses (*be specific*) _____ _____

Sub-Total                                          A $ 440.00

B. Child Support Payment(s)/Alimony       $ _____

Sub-Total                                          B $ _____

C. Exceptional Expenses                     $ _____

TOTAL MONTHLY EXPENSES (add subtotals from A & B monthly only)  $ 440.00

Total Gross Monthly Income Less total monthly expenses:

DISPOSABLE MONTHLY INCOME                   $ 60.00

4. LIQUID ASSETS:
  Cash on Hand/Bank (*or otherwise available such as stocks, bonds, certificates of deposit*)    $ —
  Equity in Real Estate (value of property less what you owe)    —
  Equity in Personal Property, etc. (such as the value of motor vehicles, stereo, VCR, furnishing, jewelry, tools, guns, less what you owe)    —
  Other (*be specific*)
  Do you own anything else of value? ☐ Yes ☒ No
  (land, house, boat, TV, stereo, jewelry)
  If so, describe _____

TOTAL LIQUID ASSETS                         $ 0

5. Affidavit/Request

I swear or affirm that the answers are true and reflect my current financial status. I understand that a false statement or answer to any question in the affidavit may subject me to the penalties of perjury. I authorize the court or its authorized representative to obtain records of information pertaining to my financial status from any source in order to verify information provided by me. I further understand and acknowledge that, if the court appoints an attorney to represent me, the court may require me to pay all or part of the fees and expenses of my court-appointed counsel.

Sworn to and subscribed before me this   My Commission Expires 8-7-2007

15 day of December, 2006.

_____ E. Paul _____                          *Tony Jackson*
Judge/Clerk/Notary                           Print or Type Name

Affiant's Signature: [signed] Tony Jackson

## ORDER OF COURT

**SECTION II.**

IT IS THEREFORE, ORDERED, AND ADJUDGED BY THE COURT AS FOLLOWS:
☐ Affiant is not indigent and request is DENIED.
☐ Affiant is partially indigent and able to contribute monetarily toward his/her defense; therefore defendant is ordered to pay $ _____ toward the anticipated cost of appointed counsel. Said amount is to be paid to the clerk of court or as otherwise ordered and disbursed as follows: _____
☐ Affiant is indigent and request is GRANTED.
☐ The prepayment of docket fees is waived.

IT IS FURTHER ORDERED AND ADJUDGED that _____, is hereby appointed as counsel to represent affiant.
IT IS FURTHER ORDERED AND ADJUDGED that the court reserves the right and may order reimbursement of attorney's fees and expenses, approved by the court and paid to the appointed counsel, and costs of court.
Done this _____ day of _____, 19 ___.

Judge

Mrs. Hackette:

The six month institutional statement which is also needed before filing of this complaint must be attained through fax or written request from your office. Sgt. Kim Turner has notified me of such and has told me to inform your office to get in touch with her through one of these two methods.

*Jamy Jackson*
12-15-06