IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| TONY MAURICE JACKSON, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 1:06cv1116-MEF |
| CITY OF DOTHAN, *et al.,* | ) |
| Defendants. | ) |

# **ORDER**

There being no objections filed to the Recommendation of the Magistrate Judge entered on January 23, 2007 (Doc. #4), said Recommendation is hereby adopted and it is the ORDER, JUDGMENT and DECREE that:

1. That the Recommendation of the Magistrate Judge be and is hereby ADOPTED.

2. That Plaintiff's complaint is DISMISSED with prejudice prior to service of process under 28 U.S.C. § 1915(e)(2)(B).

Done this the 16th day of February, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE