IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| TONY MAURICE JACKSON, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 1:06cv1116-MEF |
| CITY OF DOTHAN, *et al.*, | ) |
| Defendants. | ) |

## **FINAL JUDGMENT**

Upon consideration of the prior proceedings, opinions and orders entered in this case, it is

ORDERED and ADJUDGED that judgment be and is hereby entered in favor of the defendant and against the plaintiff, and that this action be and is hereby dismissed with prejudice.

Done this the 16th day of February, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE